**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

DIANA PEREZ,

        Plaintiff,

v.                                   Case No. 5:14-cv-379-Oc-34PRL

COUNTRY MUTUAL INSURANCE
COMPANY, f/k/a Cotton States Mutual
Insurance Company,

        Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 39; Report), entered by the Honorable Philip R. Lammens, United States Magistrate Judge, on May 4, 2016. In the Report, Magistrate Judge Lammens recommends that Defendant's Motion to Exclude Certain Expert Testimony of Mr. Gulati (Dkt. No. 33) be denied. The parties have failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 39) of Magistrate Judge Lammens is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Exclude Certain Expert Testimony of Mr. Gulati (Dkt. No. 33) is **DENIED**.

**DONE and ORDERED** in Chambers, this 9th day of June, 2016.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record